

NEW YORK · VANCOUVER · CALGARY · EDMONTON · REGINA · WINNIPEG· TORONTO · MONTREAL

April 5th, 2017

Hon. Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   **Re:**  **United States v. Tyriek Hankins, 16 Cr. 297 (AMD)**

Dear Judge Donnelly:

I represent Tyriek Hankins. I am also scheduled to stand-in for Joel Stein's client Cherena Swain. The next status conference in this matter has been scheduled for April 5, 2017 at 4:30PM.

I have an urgent matter to tend to in the Southern District of New York, and respectfully request permission for Florian Miedel to appear on my behalf, and on Mr. Stein's behalf.

I note that I am on my way to Court now to meet with Mr. Hankins and to discuss the case with him, so that I can advise Mr. Florian as to where Mr. Hankins stands with respect to today's conference.

Thank you for your time and attention to this matter.


Yours truly,

/s

Daniel DeMaria

cc:  All Counsel of Record

*New York* ⬥ *535 Fifth Avenue, Fl. 25* ⬥ *New York, NY* ⬥ *10017* ⬥ *Tel: (212) 658-1710* ⬥ *Fax: (212) 658-1711*